# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 21, 2011

Robert P. Young, Jr.,
Chief Justice

142874 & (42)

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

SPECTRUM HEALTH HOSPITALS,
      Plaintiff-Appellee,

v

SC: 142874
COA: 296976
Kent CC: 09-005149-NF

FARM BUREAU MUTUAL INSURANCE
COMPANY OF MICHIGAN and FARM
BUREAU GENERAL INSURANCE
COMPANY OF MICHIGAN,
      Defendants-Appellants.

_____/

On order of the Court, the application for leave to appeal the February 24, 2011 judgment of the Court of Appeals is considered, and it is GRANTED. The parties shall address whether an immediate family member who knows that he or she has been forbidden to drive a vehicle may nevertheless be a permissive user of the vehicle eligible for personal protection insurance ("PIP") benefits under MCL 500.3113(a) when, contrary to the owner's prohibition, an intermediate permissive user grants the PIP claimant permission to operate the accident vehicle.

The motion of the Insurance Institute of Michigan to file a brief amicus curiae is GRANTED. The Michigan Association for Justice, the Michigan Insurance Federation, the Michigan Defense Trial Counsel, Inc., the Michigan Health and Hospital Association, and the Commissioner of Insurance are invited to file briefs amicus curiae. Other persons or groups interested in the determination of the issue presented may move the Court for permission to file briefs amicus curiae.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 21, 2011

Clerk

p0914